**Myrtle TWEEDY, Administratrix of the Estate of Harold F. Tweedy, Deceased, Plaintiff-Appellant,**

v.

**ESSO STANDARD OIL COMPANY, Defendant-Appellee.**

**No. 392, Docket 26771.**

United States Court of Appeals
Second Circuit.

Argued May 26, 1961.

Decided June 19, 1961.

Theodore H. Friedman, New York City (Jacob Rassner, New York City, on the brief), for plaintiff-appellant.

Walter X. Connor, of Kirlin, Campbell & Keating, New York City (James P. O'Neill, New York City, on the brief), for defendant-appellee.

Before CLARK and WATERMAN, Circuit Judges, and ANDERSON, District Judge.

PER CURIAM.

Affirmed upon the opinion of District Judge McGohey, D.C.S.D.N.Y., 190 F. Supp. 437, finding that the deceased's death did not result from any negligence of, or breach of duty owed him by, the defendant. Thus we do not reach the further issue discussed by Judge McGohey relating to lack of proof of damages.